UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BILL LITZKE,                                              Civil No. 07-3007 DSD/SRN

       Plaintiff,

v.

                                     ORDER

COUNTY OF MONTGOMERY, ET AL,
ABC, REESE MCKINNEY,
D.T. MARSHALL, and DEF,

       Defendants.

_____

The above-entitled matter comes before the Court upon the Report and

Recommendation of United States Magistrate Judge Susan Richard Nelson dated July

2, 2007.  No objections have been filed to that Report and Recommendation in the time

period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of

the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1.  Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No.

2), is DENIED; and

2.  This action is dismissed without prejudice.

DATED: July 19, 2007

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court